*My Grades*

*GPA = 4.0*

**Rock of Ages Ministries**
**PO Box 2308**
**Cleveland ,TN  37320**
**Student Transcript**

Thomas Sigler III 67842018

CCA/Citrus CDF

2604 W. Woodland Ridge Drive

Lecanto FL 34461

| Course | Grade | Date Comp | Date Sent |
|--------|-------|-----------|-----------|
| That Ye May Know | 100 | 4/28/2015 | 3/29/2015 |
| Matthew | 102 | 8/25/2015 | 6/19/2015 |
| Mark | 102 | 8/17/2015 | 6/24/2015 |
| Luke | 104 | 10/6/2015 | 8/17/2015 |
| John | 97 | 10/12/2015 | 8/25/2015 |
| Acts | 104 | 11/6/2015 | 8/25/2015 |
| Romans | 104 | 12/14/2015 | 10/6/2015 |
| I Corinthians | 102 | 12/14/2015 | 10/6/2015 |
| II Corinthians | 102 | 12/14/2015 | 10/6/2015 |
| Galatians | 105 | 1/25/2016 | 11/6/2015 |
| Ephesians | 103 | 1/25/2016 | 11/6/2015 |
| Philippians | 102 | 1/25/2016 | 11/6/2015 |
| Colossians | 103 | 1/25/2016 | 11/6/2015 |
| I & II Thessalonians | 102 | 3/21/2016 | 12/14/2015 |
| I & II Timothy | 103 | 3/21/2016 | 12/14/2015 |
| Titus & Philemon | 103 | 3/21/2016 | 12/14/2015 |
| Hebrews | 103 | 3/21/2016 | 12/14/2015 |
| James | 102 | 3/21/2016 | 12/14/2015 |
| I & II Peter | 99 | 3/31/2016 | 1/25/2016 |
| I, II, & III John | 99 | 3/31/2016 | 1/25/2016 |
| Jude & Revelation | 96 | 3/31/2016 | 1/25/2016 |
| Anyone Can Do It | 105 | 10/6/2015 | 8/17/2015 |
| Assurance | 105 | 6/19/2015 | 4/28/2015 |
| Baptism | 105 | 6/19/2015 | 4/28/2015 |
| Beauty for Ashes | 97 | 10/6/2015 | 8/17/2015 |
| Bible | 105 | 6/26/2015 | 4/28/2015 |
| Born A Slave to Sin | 104 | 6/24/2015 | 4/28/2015 |
| Breaking the Bondage | 98 | 3/31/2016 | 1/25/2016 |
| Dealing With Guilt | 105 | 11/6/2015 | 8/25/2015 |
| Devotional Book  II | 96 | 5/23/2016 | 3/21/2016 |
| Devotional Book  III | 96 | 5/23/2016 | 3/21/2016 |
| Devotional Book  IV | 99 | 5/23/2016 | 3/31/2016 |
| Faith | 105 | 7/7/2016 | 5/23/2016 |
| Dev.I Godly Woman | | | |
| How to be an Overcomer | 105 | 11/6/2015 | 8/25/2015 |
| Loneliness | 101 | 1/25/2016 | 11/6/2015 |
| Dev.I Mature Man | 100 | 5/23/2016 | 3/21/2016 |
| New Beginnings Part I | 103 | 8/25/2015 | 6/19/2015 |

| Course | Grade | Date Comp | Date Sent |
|--------|-------|-----------|-----------|
| New Beginnings Part II | 101 | 8/17/2015 | 6/24/2015 |
| Power For Soul Winning | 105 | 12/14/2015 | 10/6/2015 |
| Prayer | 105 | 8/25/2015 | 6/19/2015 |
| Praying Effectively For the | 101 | 8/17/2015 | 6/24/2015 |
| Regeneration | 101 | 7/7/2016 | 5/23/2016 |
| Repentance | 105 | 7/7/2016 | 5/23/2016 |
| Root of Bitterness | 100 | 4/28/2015 | 3/29/2015 |
| Temptation | 101 | 11/6/2015 | 8/25/2015 |
| That Others May Know | 103 | 8/17/2015 | 6/24/2015 |
| Victorious Living | 101 | 10/6/2015 | 8/17/2015 |
| Winning The Sincere | 103 | 11/6/2015 | 8/25/2015 |
| Why be Born Again | 100 | 4/28/2015 | 3/29/2015 |
| Genesis I | 103 | 9/7/2016 | 7/7/2016 |
| Genesis II | 103 | 9/7/2016 | 7/7/2016 |
| Exodus | 101 | 11/16/2016 | 8/22/2016 |
| Leviticus | 102 | 11/16/2016 | 8/22/2016 |
| Numbers | 102 | 12/28/2016 | 9/7/2016 |
| Deuteronomy | 103 | 3/9/2017 | 1/17/2017 |
| Ruth | 101 | 8/22/2016 | 6/16/2016 |
| Esther | 102 | 8/22/2016 | 6/16/2016 |
| Job | 98 | 5/23/2016 | 3/21/2016 |
| Psalms 1-50 | 102 | 6/16/2016 | 3/31/2016 |
| Psalms 101-150 | 99 | 6/16/2016 | 3/31/2016 |
| Psalms 51-100 | 102 | 6/16/2016 | 3/31/2016 |
| Proverbs | 102 | 8/22/2016 | 6/16/2016 |
| Ecclesiastes | 103 | 8/22/2016 | 6/16/2016 |
| Song Of Solomon | 93 | 8/22/2016 | 6/16/2016 |
| Daniel | 104 | 9/7/2016 | 7/7/2016 |
| Hosea | 103 | 9/7/2016 | 7/7/2016 |
| Joel - Amos - Obadiah | 99 | 12/28/2016 | 9/7/2016 |
| Jonah - Micah - Nahum | 102 | 12/28/2016 | 9/7/2016 |
| Habakkuk-Zephaniah-Hagg | 103 | 12/28/2016 | 9/7/2016 |
| Lamentations | 101 | 12/28/2016 | 9/7/2016 |
| Zechariah - Malachi | 102 | 12/28/2016 | 9/7/2016 |

June 15, 2016

To:     Whom It May Concern
From:  Crossroad Bible Institute
Re:     Thomas Sigler #686461
         Pasco County Detention Center C2-111-b
         20101 Central Blvd
         Land-O-Lakes, FL 34637

Dear Sir or Madam,

We are writing on behalf of Thomas Sigler. Founded in 1984, Crossroad Bible Institute is a licensed post secondary school in the state of Michigan. CBI has tens of thousands of students across the country, and we have thousands of trained Instructors to correct the lessons of the students. Every lesson that the student completes is carefully perused and a letter of encouragement and direction is sent with the corrected lesson back to the student. We keep careful records of each student's progress, and we are able to give you a detailed description of Thomas' efforts in completing our courses.

Thomas enrolled in Crossroad Bible Institute on May 7, 2015. Since that time, he has successfully completed all 12 lessons of the first course, *Great Truths of the Bible*, where he was awarded a certificate of completion. He completed each lesson in a timely manner and with an excellent level of accuracy. Thomas continued his studies in our second course of Tier I, *Survey of the Bible*. He is currently working on Lesson 1 of 14 in this course. This report shows that he puts forth effort and follows through on his commitments.

Thomas has been a faithful student, a joy to work with, and is to be commended on his work thus far. We welcome any questions that you may have regarding his coursework with Crossroad Bible Institute.

Sincerely,

Meghan Leigh
Crossroad Bible Institute

Crossroad
P.O. Box 900
Grand Rapids, MI
49509-0900
*ph* 616-530-1300

mail@crossroadbible.org
www.cbi.tv

MAKING PEACE WITH YOUR PAST

Jessica Bunker

15801 Bocana Lane

Spring Hill, Fl. 34610

May 3, 2017

To whom it may concern,

It is my joy and pleasure to write on behalf of Thomas Sigler and his involvement within the Emotional Healing class at Land O' Lakes jail. This course is a "facilitator-directed self-help group and does not offer professional therapy (Making Peace with Your Past by Timothy Sledge)." Thomas not only successfully completed all 12 weeks, but he enthusiastically recruited several other inmates to join him. The healing that has taken place and the transformation has been incredible. The depth and love that he has for Christ is inspiring; and the diligence that he puts forth in studying the Word of God speaks to his hunger and desire to grow.

If you have any questions about the class's content or participation, please don't hesitate to contact me.

Sincerely,

*Jessica Bunker*

Jessica Bunker

# Lamp and Light Publishers, Inc.

26 Road 5577
Farmington, NM 87401

Phone: 505-632-3521
Fax: 505-632-1246

*"Thy Word is a lamp unto my feet, and a light unto my path."*   —*Psalm 119:105*

April 28, 2017

To Whom It May Concern:

This is to certify that Mr. Thomas Herris Sigler, (student number 668613), Citrus County Detention Facility, Lecanto, FL, has been credited by the staff of Lamp and Light Publishers, Inc. to be a dedicated and faithful student of their Bible correspondence courses.

Mr. Sigler has completed tests in the following course with the following satisfactory average.

| Course Name | Grade Average | Date Completed |
|---|---|---|
| *The First Step* | 99% | 4/28/2017 |

We count it a privilege to have Mr. Sigler included in our student body since 2016.

Respectfully,

*David L. Burkholder*

David Burkholder
English Correspondence Department



**FAITH**
Community Church
ONE FOR ALL

16902 Shady Hills Rd
Spring Hill, Fl   34610
727-857-1883

December 23, 2016

To:    The Honorable Judge
Re:    Thomas Sigler

My name is Michael Montesanto, current Senior Pastor of Faith Community Church in Spring Hill, Fl., and active volunteer at the Land O'Lakes detention facility (Pasco Co.), Inmate Programs. I am writing you on behalf of Thomas Sigler, who I have known through written correspondence since April 4, 2015. We have had the opportunity to meet in person on occasion during that time.

I would like to briefly state that I do not take lightly the responsibility that I feel toward the people in my community and the community at large when it comes to standing up for an individual accused of a crime. I am aware of the pending charges against Thomas and do not have an opinion concerning his case but; concerning the man, I feel strongly that I should stand up on his behalf regarding the change of heart that I have witnessed in my friend Tom Sigler. I have seen many men and women profess religion as a means to help themselves out of a sticky situation and I feel qualified in my ability to identify such behavior. I do not see that in him.

I only ask that you consider what another man (myself) has seen and continues to see in this man as he has finally come to a place in his life where life itself has tremendous value. Not just his own life but the life of others, his family, his new friends, and even fellow inmates. I truly believe that Tom has repented of his former way of life and is ready to start a new life. A life as a God fearing man, a husband, a father to two boys, and as a productive citizen in society. From our conversations, I know him to be quite industrious, knowledgeable and, very talented from a few drawings he has sent me. I have had the privilege as a Pastor of seeing others turn a new leaf, and make a new life for themselves, for their families and for their communities by humbling themselves before God, before the court and amongst their peers and, I feel that Thomas Sigler is of that very same type of person.

Lastly, our church is geared toward reaching out for the lost and rejected and making a place for them as they work on improving who they are, with all of the potential for who they will be. We will be here for Tom should he be released and we will do all that is in our power to encourage him to be productive, seek peace, and walk the straight and narrow path.

Thank you very much for your time and consideration.

Respectfully,

Mike Montesanto
Senior Pastor

**www.FCC4Jesus.com**
*Edify, Equip and Evangelize*



**BAYCARE**
The Harbor
Behavioral Health

# Certificate of Attendance

is hereby granted to:

_____

**for attendance of Strong Families**
@ 20 sessions (parenting program)
Teaching

**Granted on:** 08/10

_____

Baycare Outreach Prevention Facilitator



Rock of Ages Prison Ministry

# Discipleship Institute

Certificate of Completion

Presented To

## Thomas Sigler III

For having successfully completed with honors the

# Poetic Courses

August 29, 2016

Dr. Charles W. Long

Director of Discipleship Institute

Cleveland, Tennessee

*Study to shew thyself approved unto God, a workman that needeth not to be ashamed, rightly dividing the word of truth. II Timothy 2:15*





Rock of Ages Prison Ministry

# Discipleship Institute

## Certificate of Completion

Presented To

*Thomas Sigler III*

For having successfully completed with honors the

# New Testament Courses

*April 04, 2016*

Study to shew thyself approved unto God, a workman that needeth not to be ashamed, rightly dividing the word of truth. II Timothy 2:15

Dr. Charles W. Long
Director of Discipleship Institute
Cleveland, Tennessee

# CERTIFICATE OF ACHIEVEMENT

THIS CERTIFIES THAT

## Thomas Sigler

HAS SUCCESSFULLY COMPLETED

### GREAT TRUTHS OF THE BIBLE



Crossroad



Lisa Bijstra
Executive Director, Crossroad Bible Institute

June 15, 2016

Date



# ROCK of AGES
# MINISTRIES

*"For we preach not ourselves, but Christ Jesus the Lord."* **II Corinthians 4:5**

Dr. Terry R. Ellis, President   Dr. Ricky Dunsford, Executive Vice President

Dear Sirs,

This letter is to let you know that Thomas Sigler has worked faithfully and completed the Rock of Ages Discipleship Institute's Bible courses. We have enclosed a transcript to show the work that he has completed and the achievements he has made.

Sincerely,

Rock of Ages Ministries, Inc.
Discipleship Institute
PO Box 2308
Cleveland, TN 37320

# WHAT WE BELIEVE

## God

There is one and only one living and true God. ...The eternal triune God reveals Himself to us as Father, Son and Holy Spirit, with distinct personal attributes, but without division of nature, essence, or being.

## Man

Man is the special creation of God, in His own image. He created them male and female as the crowning work of His creation. ...By his free choice man sinned against God and brought sin into the human race. ... The sacredness of human personality is evident in that God created man in His own image, and in that Christ died for man; therefore every person of every race possesses dignity and is worthy of respect and Christian love.

## Salvation

Salvation involves the redemption of the whole man, and is offered freely to all who accept Jesus Christ as Lord and Savior, who by His own blood obtained eternal redemption for the believer. In its broadest sense salvation includes regeneration, justification, sanctification, and glorification.

---

## Faith Community Church

ONE FOR ALL

### Sunday Services
10:30am & 6:00pm
*Nursery & Kids Church available during morning service!*

### Location
16902 Shady Hills Rd.
Spring Hill, FL 34610

### Contact
727.857.1883
***www.fcc4Jesus.com***

*Mission Statement*

EDIFY
EQUIP
EVANGELIZE

---



FAITH COMMUNITY CHURCH

CHRIST IN THE CENTER

# Amie Perez



23110 State Road 54, #192

Lutz, Fl. 33549-6988

December 5, 2016

To whom it may concern,

Since July of 2016, Tommy Sigler has been part of a Bible study course by the name of, "Making Peace with Your Past".

The 12 week commitment for this class has been met and I have included the covenant, in which he initially signed, committing himself to this 12 week class as well as the ongoing completion of this workbook, on his own time.

Tommy has been an asset to this class and a pleasure to work alongside of. He has led the way for others, as a mouth piece, communicating the importance of attending this class, as well as using how this class has affected him personally to witness to others.

He has worked hard supporting others while articulating his own struggles making room for others to heal emotionally.

This class is a facilitator-directed self-help group and does not offer professional therapy.

If you have any questions, feel free to reach out to me.

Sincerely,

Amie Perez-Facilitator

# Introduction

*This course provides biblical and practical help for overcoming emotional and spiritual barriers to fellowship with God, leading you to experience forgiveness, healing, and hope.*

This course will lead you through a 12-unit study of the dynamics of growing up in a family in which the presence of an emotionally needy family member disrupted the development of healthy behaviors and relationships. The course provides practical guidance to help you identify and understand feelings and problems related to your childhood experiences. Daily, individual study of the text and weekly small-group sessions will help you make peace with yourself and with your past.

This Bible study book provides self-paced, interactive instruction to help you prepare for the weekly small-group sessions. To get the full benefit from this study, take time on five days each week to complete the daily assignments for each unit. By spreading the study over five days, you will be better able to allow God to bring change in your life.

### Goals for This Course
*Making Peace with Your Past* will help you—
- identify and understand problems and feelings from childhood experiences;
- identify ways the past affects you in the present;
- understand that other people have experienced similar problems and feelings;
- unlock buried feelings from the past and experience healing and forgiveness;
- experience an atmosphere of trust, honesty, and unconditional love;
- identify and remove emotional, psychological, and spiritual barriers to fellowship with God;
- experience a sense of hope and healing.

### The Face-to-Face Support Group
Because this study may guide you to get in touch with powerful memories or emotions, you need to study it with a caring group of people. This small group is called a Face-to-Face Support Group. Members will come face-to-face with other persons who hurt; face-to-face with hope for healing; and face-to-face with the acceptance, love, and presence of Jesus Christ.

A carefully selected leader will guide this group. The group is not a therapy group. The leader will not have professional training for offering therapy. Rather, this is a self-help group, in which group members help one another by talking in a safe, loving environment. You will learn more about what will take place in the group sessions in day 5 of unit 1.

Although this Bible study book can be studied by individuals on their own, the content is designed for a combination of individual and group study. You will benefit far more if you participate in a group study of *Making Peace with Your Past*. If you are not currently in a support group, contact your church about offering a Face-to-Face Support group, using *Making Peace with Your Past*.

*Making Peace with Your Past Facilitator Guide* (item 001117296) provides administrative guidance and suggested learning activities for leaders of Face-to-Face Support Groups. The facilitator guide also offers special instruction for leading a support-group study.

7

# Face-to-Face Support Group
# COVENANT



- *I agree to make attendance at all 12 group sessions a top priority. If I must miss any sessions, I will miss no more than two and will make up assignments. If I miss more than two sessions, the group will decide whether I can attend subsequent ones.*

- *I agree to be on time for each session. I recognize that my lateness harms my learning and that of other group members.*

- *I agree to complete assignments between group sessions so that I can grow and have meaningful interaction with other members during sharing times.*

- *I agree that the information shared in the group is confidential. If I break my commitment to confidentiality, I understand that I may be asked to leave the group.*

- *I agree to do all I can to create an atmosphere of trust in the group.*

- *I agree to support other group members as they struggle with their emotions. When needed, I will encourage other members with the words "I support you."*

- *I agree to be rigorously, though not brutally, honest with myself and other group members.*

- *I agree to let other group members confront me in love so that I can grow.*

- *I agree to inform my facilitator of any physical and/or emotional problems that might affect my participation, since some group sessions may be emotionally intense.*

Signed: _Thomas Sigler_      Date: _9/20/16_

You are strongly encouraged to abstain from using any drug, including alcohol, that alters your feelings. Although this recommendation is not part of the covenant, you are asked to avoid substances that could interfere with your efforts to get in touch with your feelings.

If you are using a prescription drug that alters your feelings and cannot safely stop using it, please inform your facilitator. Do not violate your doctor's instructions. Some prescription drugs require gradually reducing the dosage. Follow your physician's advice.

You are challenged to abstain from any sexual involvement outside marriage. Compulsive sexual behavior can numb feelings.

**This course involves a facilitator-directed self-help group and does not offer professional therapy.**

*Rock of Ages Prison Ministry*
## Discipleship Institute

*Certificate of Completion*

*Presented To*

## Thomas Sigler III

*For having successfully completed with honors the course of*

### Matthew

*August 31, 2015*

Course Grade   **102**

*Study to shew thyself approved unto God, a workman that needeth not to be ashamed,*
*rightly dividing the word of truth.  II Timothy 2:15*

*Dr. Charles W. Long*
*Director of Discipleship Institute*
*Cleveland, Tennessee*



---

*Rock of Ages Prison Ministry*
## Discipleship Institute

*Certificate of Completion*

*Presented To*

## Thomas Sigler III

*For having successfully completed with honors the course of*

### Luke

*October 12, 2015*

Course Grade   **104**

*Study to shew thyself approved unto God, a workman that needeth not to be ashamed,*
*rightly dividing the word of truth.  II Timothy 2:15*

*Dr. Charles W. Long*
*Director of Discipleship Institute*
*Cleveland, Tennessee*



*Rock of Ages Prison Ministry*

*Certificate of Completion*

*Presented To*

*For having successfully completed with honors the course of*

*October 19, 2015*

Course Grade    97

  

*Director of Discipleship Institute*
*Cleveland, Tennessee*

---

*Rock of Ages Prison Ministry*

*Certificate of Completion*

*Presented To*

*For having successfully completed with honors the course of*

*November 09, 2015*

Course Grade    104

  

*Director of Discipleship Institute*
*Cleveland, Tennessee*

*Rock of Ages Prison Ministry*

## Discipleship Institute

*Certificate of Completion*

*Presented To*

### Thomas Sigler III

*For having successfully completed with honors the course of*

## I Corinthians

*December 28, 2015*

## Course Grade   102

*Study to shew thyself approved unto God, a workman that needeth not to be ashamed,
rightly dividing the word of truth. II Timothy 2:15*

*Dr. Charles W. Long*

*Director of Discipleship Institute*
*Cleveland, Tennessee*



---

*Rock of Ages Prison Ministry*

## Discipleship Institute

*Certificate of Completion*

*Presented To*

### Thomas Sigler III

*For having successfully completed with honors the course of*

## II Corinthians

*December 28, 2015*

## Course Grade   102

*Study to shew thyself approved unto God, a workman that needeth not to be ashamed,
rightly dividing the word of truth. II Timothy 2:15*

*Dr. Charles W. Long*

*Director of Discipleship Institute*
*Cleveland, Tennessee*





*Rock of Ages Prison Ministry*
## Discipleship Institute

*Certificate of Completion*

*Presented To*

## Thomas Sigler III

*For having successfully completed with honors the course of*
Ephesians

*February 01, 2016*

Course Grade   **103**

*Study to shew thyself approved unto God, a workman that needeth not to be
rightly dividing the word of truth. II Timothy 2:15*

*Dr. Charles W. Long*
*Director of Discipleship Institute*
*Cleveland, Tennessee*

*Rock of Ages Prison Ministry*
## Discipleship Institute

*Certificate of Completion*

*Presented To*

## Thomas Sigler III

*For having successfully completed with honors the course of*
Galatians

*February 01, 2016*

Course Grade   **105**

*Study to shew thyself approved unto God, a workman that needeth not to be
rightly dividing the word of truth. II Timothy 2:15*



*Dr. Charles W. Long*
*Director of Discipleship Institute*
*Cleveland, Tennessee*





*Rock of Ages Prison Ministry*

## Discipleship Institute

*Certificate of Completion*

*Presented To*

## Thomas Sigler III

*For having successfully completed with honors the course of*

Philippians

*February 01, 2016*

Course Grade    102

*Study to shew thyself approved unto God, a workman that needeth not to be rightly dividing the word of truth. II Timothy 2:15*

*Dr. Charles W. Long*

*Director of Discipleship Institute*

*Cleveland, Tennessee*



*Rock of Ages Prison Ministry*

## Discipleship Institute

*Certificate of Completion*

*Presented To*

## Thomas Sigler III

*For having successfully completed with honors the course of*

Colossians

*February 01, 2016*

Course Grade    103

*Study to shew thyself approved unto God, a workman that needeth not to be rightly dividing the word of truth. II Timothy 2:15*

*Dr. Charles W. Long*

*Director of Discipleship Institute*

*Cleveland, Tennessee*



*Rock of Ages Prison Ministry*

## Discipleship Institute

*Certificate of Completion*

*Presented To*

### Thomas Sigler III

*For having successfully completed with honors the course of*

## I & II Timothy

*March 28, 2016*

### Course Grade   103

Study to shew thyself approved unto God, a workman that needeth not to be ashamed,
rightly dividing the word of truth. II Timothy 2:15

*Dr. Charles W. Long*

*Director of Discipleship Institute*
*Cleveland, Tennessee*



---

*Rock of Ages Prison Ministry*

## Discipleship Institute

*Certificate of Completion*

*Presented To*

### Thomas Sigler III

*For having successfully completed with honors the course of*

## Titus & Philemon

*March 28, 2016*

### Course Grade   103

Study to shew thyself approved unto God, a workman that needeth not to be ashamed,
rightly dividing the word of truth. II Timothy 2:15

*Dr. Charles W. Long*

*Director of Discipleship Institute*
*Cleveland, Tennessee*



*Rock of Ages Prison Ministry*

## Discipleship Institute

*Certificate of Completion*

*Presented To*

*Thomas Sigler III*

*For having successfully completed with honors the course of*

### Hebrews

*March 28, 2016*

Course Grade   **103**

Study to shew thyself approved unto God, a workman that needeth not to be ashamed,
rightly dividing the word of truth. II Timothy 2:15

*Dr. Charles W. Long*

*Director of Discipleship Institute*
*Cleveland, Tennessee*

---

*Rock of Ages Prison Ministry*

## Discipleship Institute

*Certificate of Completion*

*Presented To*

*Thomas Sigler III*

*For having successfully completed with honors the course of*

### James

*March 28, 2016*

Course Grade   **102**

Study to shew thyself approved unto God, a workman that needeth not to be ashamed,
rightly dividing the word of truth. II Timothy 2:15

*Dr. Charles W. Long*

*Director of Discipleship Institute*
*Cleveland, Tennessee*



*Rock of Ages Prison Ministry*
*Discipleship Institute*

*Certificate of Completion*

*Presented To*

*Thomas Sigler III*

*For having successfully completed with honors the course of*
I & II Peter

*April 04, 2016*

Course Grade    99

Study to shew thyself approved unto God, a workman that needeth not to be ashamed,
rightly dividing the word of truth. II Timothy 2:15

Do. Charles W. Long
*Director of Discipleship Institute*
*Cleveland, Tennessee*



*Rock of Ages Prison Ministry*
*Discipleship Institute*

*Certificate of Completion*

*Presented To*

*Thomas Sigler III*

*For having successfully completed with honors the course of*
I, II, & III John

*April 04, 2016*

Course Grade    99

Study to shew thyself approved unto God, a workman that needeth not to be ashamed,
rightly dividing the word of truth. II Timothy 2:15

Do. Charles W. Long
*Director of Discipleship Institute*
*Cleveland, Tennessee*

*Rock of Ages Prison Ministry*

# Discipleship Institute

### Certificate of Completion

*Presented To*

## Thomas Sigler III

*For having successfully completed with honors the course of*

## Jude & Revelation

*April 04, 2016*

### Course Grade    96

Study to shew thyself approved unto God, a workman that needeth not to be ashamed, rightly dividing the word of truth.  II Timothy 2:15

*Dr. Charles W. Long*

*Director of Discipleship Institute*

*Cleveland, Tennessee*



---

*Rock of Ages Prison Ministry*

# Discipleship Institute

### Certificate of Completion

*Presented To*

## Thomas Sigler III

*For having successfully completed with honors the course of*

## Genesis I

*September 12, 2016*

### Course Grade    103

Study to shew thyself approved unto God, a workman that needeth not to be ashamed, rightly dividing the word of truth.  II Timothy 2:15

*Dr. Charles W. Long*

*Director of Discipleship Institute*

*Cleveland, Tennessee*



*Rock of Ages Prison Ministry*

# Discipleship Institute

*Certificate of Completion*

*Presented To*

## Thomas Sigler III

*For having successfully completed with honors the course of*

### Genesis II

*September 12, 2016*

### Course Grade   103

Study to shew thyself approved unto God, a workman that needeth not to be ashamed,
rightly dividing the word of truth. II Timothy 2:15

*Dr. Charles W. Long*

*Director of Discipleship Institute*

*Cleveland, Tennessee*



---

*Rock of Ages Prison Ministry*

# Discipleship Institute

*Certificate of Completion*

*Presented To*

## Thomas Sigler III

*For having successfully completed with honors the course of*

### Exodus

*November 21, 2016*

### Course Grade   101

Study to shew thyself approved unto God, a workman that needeth not to be ashamed,
rightly dividing the word of truth. II Timothy 2:15

*Dr. Charles W. Long*

*Director of Discipleship Institute*

*Cleveland, Tennessee*



*Rock of Ages Prison Ministry*

## Discipleship Institute

### Certificate of Completion

*Presented To*

## Thomas Sigler III

*For having successfully completed with honors the course of*

## Leviticus

*November 21, 2016*

### Course Grade   102

*Study to shew thyself approved unto God, a workman that needeth not to be ashamed,
rightly dividing the word of truth. II Timothy 2:15*



*Dr. Charles W. Long*

*Director of Discipleship Institute*

*Cleveland, Tennessee*

---

*Rock of Ages Prison Ministry*

## Discipleship Institute

### Certificate of Completion

*Presented To*

## Thomas Sigler III

*For having successfully completed with honors the course of*

## Numbers

*January 03, 2017*

### Course Grade   102

*Study to shew thyself approved unto God, a workman that needeth not to be ashamed,
rightly dividing the word of truth. II Timothy 2:15*



*Dr. Charles W. Long*

*Director of Discipleship Institute*

*Cleveland, Tennessee*