

*Rock of Ages Prison Ministry*

## Discipleship Institute

### Certificate of Completion

*Presented To*

## Thomas Sigler III

*For having successfully completed with honors the course of*

### Ruth

*August 29, 2016*

Course Grade   **101**



*Study to shew thyself approved unto God, a workman that needeth not to be ashamed, rightly dividing the word of truth. II Timothy 2:15*

*Dr. Charles W. Long*
*Director of Discipleship Institute*
*Cleveland, Tennessee*

---

*Rock of Ages Prison Ministry*

## Discipleship Institute

### Certificate of Completion

*Presented To*

## Thomas Sigler III

*For having successfully completed with honors the course of*

### Esther

*August 29, 2016*

Course Grade   **102**



*Study to shew thyself approved unto God, a workman that needeth not to be ashamed, rightly dividing the word of truth. II Timothy 2:15*

*Dr. Charles W. Long*
*Director of Discipleship Institute*
*Cleveland, Tennessee*

*Rock of Ages Prison Ministry*

## Discipleship Institute

*Certificate of Completion*

*Presented To*

*Thomas Sigler III*

*For having successfully completed with honors the course of*

Job

*May 31, 2016*

Course Grade   98

Study to shew thyself approved unto God, a workman that needeth not to be ashamed, rightly dividing the word of truth. II Timothy 2:15

*Dr. Charles W. Long*
*Director of Discipleship Institute*
*Cleveland, Tennessee*

---

*Rock of Ages Prison Ministry*

## Discipleship Institute

*Certificate of Completion*

*Presented To*

*Thomas Sigler III*

*For having successfully completed with honors the course of*

Psalms 1-50

*June 20, 2016*

Course Grade   102

Study to shew thyself approved unto God, a workman that needeth not to be ashamed, rightly dividing the word of truth. II Timothy 2:15



*Dr. Charles W. Long*
*Director of Discipleship Institute*
*Cleveland, Tennessee*

*Rock of Ages Prison Ministry*

# Discipleship Institute

### Certificate of Completion

*Presented To*

## Thomas Sigler III

*For having successfully completed with honors the course of*

## Psalms 51-100

*June 20, 2016*

### Course Grade   102

Study to shew thyself approved unto God, a workman that needeth not to be ashamed,
rightly dividing the word of truth. II Timothy 2:15

*Dr. Charles W. Long*
*Director of Discipleship Institute*
*Cleveland, Tennessee*

---

*Rock of Ages Prison Ministry*

# Discipleship Institute

### Certificate of Completion

*Presented To*

## Thomas Sigler III

*For having successfully completed with honors the course of*

## Psalms 101-150

*June 20, 2016*

### Course Grade   99

Study to shew thyself approved unto God, a workman that needeth not to be ashamed,
rightly dividing the word of truth. II Timothy 2:15



*Dr. Charles W. Long*
*Director of Discipleship Institute*
*Cleveland, Tennessee*

*Rock of Ages Prison Ministry*
## Discipleship Institute

### Certificate of Completion

*Presented To*

## Thomas Sigler III

*For having successfully completed with honors the course of*
### Proverbs

*August 29, 2016*

### Course Grade   102

Study to shew thyself approved unto God, a workman that needeth not to be ashamed, rightly dividing the word of truth. II Timothy 2:15

*Dr. Charles W. Long*
*Director of Discipleship Institute*
*Cleveland, Tennessee*

---

*Rock of Ages Prison Ministry*
## Discipleship Institute

### Certificate of Completion

*Presented To*

## Thomas Sigler III

*For having successfully completed with honors the course of*
### Ecclesiastes

*August 29, 2016*

### Course Grade   103

Study to shew thyself approved unto God, a workman that needeth not to be ashamed, rightly dividing the word of truth. II Timothy 2:15

*Dr. Charles W. Long*
*Director of Discipleship Institute*
*Cleveland, Tennessee*

*Rock of Ages Prison Ministry*

# Discipleship Institute

### Certificate of Completion

*Presented To*

## Thomas Sigler III

*For having successfully completed with honors the course of*

### Song Of Solomon

*August 29, 2016*

Course Grade   **93**

*Study to shew thyself approved unto God, a workman that needeth not to be ashamed,*
*rightly dividing the word of truth. II Timothy 2:15*



*Dr. Charles W. Long*
*Director of Discipleship Institute*
*Cleveland, Tennessee*

---

*Rock of Ages Prison Ministry*

# Discipleship Institute

### Certificate of Completion

*Presented To*

## Thomas Sigler III

*For having successfully completed with honors the course of*

### Lamentations

*January 03, 2017*

Course Grade   **101**

*Study to shew thyself approved unto God, a workman that needeth not to be ashamed,*
*rightly dividing the word of truth. II Timothy 2:15*



*Dr. Charles W. Long*
*Director of Discipleship Institute*
*Cleveland, Tennessee*

*Rock of Ages Prison Ministry*

# Discipleship Institute

## Certificate of Completion

*Presented To*

## Thomas Sigler III

*For having successfully completed with honors the course of*

### Daniel

*September 12, 2016*

### Course Grade    104

Study to shew thyself approved unto God, a workman that needeth not to be ashamed, rightly dividing the word of truth. II Timothy 2:15

*Dr. Charles W. Long*

*Director of Discipleship Institute*
*Cleveland, Tennessee*



---

*Rock of Ages Prison Ministry*

# Discipleship Institute

## Certificate of Completion

*Presented To*

## Thomas Sigler III

*For having successfully completed with honors the course of*

### Hosea

*September 12, 2016*

### Course Grade    103

Study to shew thyself approved unto God, a workman that needeth not to be ashamed, rightly dividing the word of truth. II Timothy 2:15

*Dr. Charles W. Long*

*Director of Discipleship Institute*
*Cleveland, Tennessee*



*Rock of Ages Prison Ministry*

## Discipleship Institute

*Certificate of Completion*

*Presented To*

*Thomas Sigler III*

*For having successfully completed with honors the course of*

Joel - Amos - Obadiah

*January 03, 2017*

Course Grade  **99**

Study to shew thyself approved unto God, a workman that needeth not to be ashamed,
rightly dividing the word of truth. II Timothy 2:15

*Dr. Charles W. Long*

*Director of Discipleship Institute*
*Cleveland, Tennessee*



---

*Rock of Ages Prison Ministry*

## Discipleship Institute

*Certificate of Completion*

*Presented To*

*Thomas Sigler III*

*For having successfully completed with honors the course of*

Jonah - Micah - Nahum

*January 03, 2017*

Course Grade  **102**

Study to shew thyself approved unto God, a workman that needeth not to be ashamed,
rightly dividing the word of truth. II Timothy 2:15

*Dr. Charles W. Long*

*Director of Discipleship Institute*
*Cleveland, Tennessee*



*Rock of Ages Prison Ministry*
## Discipleship Institute

*Certificate of Completion*

*Presented To*

## Thomas Sigler III

*For having successfully completed with honors the course of*

## Habakkuk-Zephaniah-Haggai

*January 03, 2017*

### Course Grade   103

Study to shew thyself approved unto God, a workman that needeth not to be ashamed, rightly dividing the word of truth. II Timothy 2:15

*Dr. Charles W. Long*

*Director of Discipleship Institute*

*Cleveland, Tennessee*



---

*Rock of Ages Prison Ministry*
## Discipleship Institute

*Certificate of Completion*

*Presented To*

## Thomas Sigler III

*For having successfully completed with honors the course of*

## Zechariah - Malachi

*January 03, 2017*

### Course Grade   102

Study to shew thyself approved unto God, a workman that needeth not to be ashamed, rightly dividing the word of truth. II Timothy 2:15

*Dr. Charles W. Long*

*Director of Discipleship Institute*

*Cleveland, Tennessee*

*Rock of Ages Prison Ministry*

## Discipleship Institute

*Certificate of Completion*

*Presented To*

## Thomas Sigler III

*For having successfully completed with honors the course of*

### Winning The Sincere

*November 09, 2015*

### Course Grade   103

Study to shew thyself approved unto God, a workman that needeth not to be ashamed, rightly dividing the word of truth. II Timothy 2:15

*Dr. Charles W. Long*

*Director of Discipleship Institute*

*Cleveland, Tennessee*



---

*Rock of Ages Prison Ministry*

## Discipleship Institute

*Certificate of Completion*

*Presented To*

## Thomas Sigler III

*For having successfully completed with honors the course of*

### Power For Soul Winning

*December 28, 2015*

### Course Grade   105

Study to shew thyself approved unto God, a workman that needeth not to be ashamed, rightly dividing the word of truth. II Timothy 2:15

*Dr. Charles W. Long*

*Director of Discipleship Institute*

*Cleveland, Tennessee*



*Rock of Ages Prison Ministry*

## Discipleship Institute

*Certificate of Completion*

*Presented To*

### Thomas Sigler III

*For having successfully completed with honors the course of*

## Loneliness

*February 01, 2016*

#### Course Grade   101

Study to shew thyself approved unto God, a workman that needeth not to be
rightly dividing the word of truth. II Timothy 2:15



*Dr. Charles W. Long*

*Director of Discipleship Institute*

*Cleveland, Tennessee*

---

*Rock of Ages Prison Ministry*

## Discipleship Institute

*Certificate of Completion*

*Presented To*

### Thomas Sigler III

*For having successfully completed with honors the course of*

## Breaking the Bondage

*April 04, 2016*

#### Course Grade   98

Study to shew thyself approved unto God, a workman that needeth not to be ashamed,
rightly dividing the word of truth. II Timothy 2:15



*Dr. Charles W. Long*

*Director of Discipleship Institute*

*Cleveland, Tennessee*

*Rock of Ages Prison Ministry*

## Discipleship Institute

*Certificate of Completion*

*Presented To*

### Thomas Sigler III

*For having successfully completed with honors the course of*

Mature Man

*May 31, 2016*

Course Grade    100

Study to shew thyself approved unto God, a workman that needeth not to be ashamed,
rightly dividing the word of truth. II Timothy 2:15

*Dr. Charles W. Long*
*Director of Discipleship Institute*
*Cleveland, Tennessee*





---

*Rock of Ages Prison Ministry*

## Discipleship Institute

*Certificate of Completion*

*Presented To*

### Thomas Sigler III

*For having successfully completed with honors the course of*

Devotional Book II

*May 31, 2016*

Course Grade    96

Study to shew thyself approved unto God, a workman that needeth not to be ashamed,
rightly dividing the word of truth. II Timothy 2:15

*Dr. Charles W. Long*
*Director of Discipleship Institute*
*Cleveland, Tennessee*

*Rock of Ages Prison Ministry*
## Discipleship Institute

*Certificate of Completion*

*Presented To*

### Thomas Sigler III

*For having successfully completed with honors the course of*

Mature Man

*May 31, 2016*

Course Grade   **100**

*Study to shew thyself approved unto God, a workman that needeth not to be ashamed,*
*rightly dividing the word of truth. II Timothy 2:15*

*Dr. Charles W. Long*
*Director of Discipleship Institute*
*Cleveland, Tennessee*



---

*Rock of Ages Prison Ministry*
## Discipleship Institute

*Certificate of Completion*

*Presented To*

### Thomas Sigler III

*For having successfully completed with honors the course of*

Devotional Book II

*May 31, 2016*

Course Grade   **96**

*Study to shew thyself approved unto God, a workman that needeth not to be ashamed,*
*rightly dividing the word of truth. II Timothy 2:15*

*Dr. Charles W. Long*
*Director of Discipleship Institute*
*Cleveland, Tennessee*



*Rock of Ages Prison Ministry*
## Discipleship Institute

### Certificate of Completion

*Presented To*

## Thomas Sigler III

*For having successfully completed with honors the course of*

## Devotional Book III

*May 31, 2016*

### Course Grade    96

Study to shew thyself approved unto God, a workman that needeth not to be ashamed,
rightly dividing the word of truth. II Timothy 2:15

Do. Charles W. Long

*Director of Discipleship Institute*

*Cleveland, Tennessee*



---

*Rock of Ages Prison Ministry*
## Discipleship Institute

### Certificate of Completion

*Presented To*

## Thomas Sigler III

*For having successfully completed with honors the course of*

## Devotional Book IV

*May 31, 2016*

### Course Grade    99

Study to shew thyself approved unto God, a workman that needeth not to be ashamed,
rightly dividing the word of truth. II Timothy 2:15

Do. Charles W. Long

*Director of Discipleship Institute*

*Cleveland, Tennessee*



*Rock of Ages Prison Ministry*

# Discipleship Institute

*Certificate of Completion*

*Presented To*

*Thomas Sigler III*

*For having successfully completed with honors the course of*

## That Ye May Know

*May 04, 2015*

### Course Grade   100

*Study to shew thyself approved unto God, a workman that needeth not to be ashamed, rightly dividing the word of truth. II Timothy 2:15*

*Do. Charles W. Long*
*Director of Discipleship Institute*
*Cleveland, Tennessee*



---

*Rock of Ages Prison Ministry*

# Discipleship Institute

*Certificate of Completion*

*Presented To*

*Thomas Sigler III*

*For having successfully completed with honors the course of*

## Assurance

*June 22, 2015*

### Course Grade   105

*Study to shew thyself approved unto God, a workman that needeth not to be ashamed, rightly dividing the word of truth. II Timothy 2:15*

*Do. Charles W. Long*
*Director of Discipleship Institute*
*Cleveland, Tennessee*

*Rock of Ages Prison Ministry*

*Certificate of Completion*
*Presented To:*

*For having successfully completed with honors the course of:*

*June 22, 2013*
Course Grade   105



*Director of Discipleship Institute*
*Cleveland, Tennessee*

*Rock of Ages Prison Ministry*

*Certificate of Completion*
*Presented To:*

*For having successfully completed with honors the course of:*

*June 29, 2013*
Course Grade   104



*Director of Discipleship Institute*
*Cleveland, Tennessee*

*Rock of Ages Prison Ministry*

*Certificate of Completion*
*Presented To,*

*For having successfully completed with honors the course of*

*June 29, 2013*
Course Grade   105



*Director of Discipleship Institute*
*Cloverlook, Tennessee*

*Rock of Ages Prison Ministry*

*Certificate of Completion*
*Presented To,*

*For having successfully completed with honors the course of*

*August 31, 2013*
Course Grade   103



*Director of Discipleship Institute*
*Cloverlook, Tennessee*

*Rock of Ages Prison Ministry*

*Certificate of Completion*

*Presented To*

*For having successfully completed with honors the course of*

*August 21, 2013*

Course Grade   103



*Director of Discipleship Institute*
*Cleveland, Tennessee*

---

*Rock of Ages Prison Ministry*

*Certificate of Completion*

*Presented To*

*For having successfully completed with honors the course of*

*August 31, 2013*

Course Grade   105



*Director of Discipleship Institute*
*Cleveland, Tennessee*

Rock of Ages Prison Ministry

Certificate of Completion

Presented To

For having successfully completed with honors the course of

October 12, 2013

Course Grade    97



Director of Discipleship Institute
Cleveland, Tennessee

Rock of Ages Prison Ministry

Certificate of Completion

Presented To

For having successfully completed with honors the course of

October 12, 2013

Course Grade    101



Director of Discipleship Institute
Cleveland, Tennessee



*Rock of Ages Prison Ministry*

*Certificate of Completion*

*Presented To*

*For having successfully completed with honors the course of*

*October 12, 2015*

Course Grade   105



*Director of Disciple-Ship Institute*
*Cleveland, Tennessee*

*Rock of Ages Prison Ministry*

*Certificate of Completion*

*Presented To*

*For having successfully completed with honors the course of*

*November 09, 2015*

Course Grade   101





*Director of Disciple-Ship Institute*
*Cleveland, Tennessee*

*Rock of Ages Prison Ministry*

*Certificate of Completion*
*Presented To*

*For having successfully completed with honors the course of*

*November 09, 2013*
Course Grade   105



*Dr. Robert A. Long*
*Director of Discipleship Institute*
*Cleveland, Tennessee*



*Rock of Ages Prison Ministry*

*Certificate of Completion*
*Presented To*

*For having successfully completed with honors the course of*

*November 09, 2013*
Course Grade   105



*Dr. Robert A. Long*
*Director of Discipleship Institute*
*Cleveland, Tennessee*



Course Grade   105

Course Grade   101



Rock of Ages Prison Ministry

Certificate of Completion
Presented To

For having successfully completed and become the concept

August 24, 2011
Course Grade   101

Director of Rock Of Ages Program
Cleveland, Tennessee

Course Grade   105

Director of Rock Of Ages Program
Cleveland, Tennessee

*Rock of Ages Prison Ministry*

*Certificate of Completion*

*Presented To*

*Tim has successfully completed with honors the course of*

*April 28, 2016*

Course Grade   101



*Rock of Ages Prison Ministry*

*Certificate of Completion*

*Presented To*

*Tim has successfully completed with honors the course of*

*March 28, 2016*

Course Grade   102



Rock of Ages Prison Ministry

Certificate of Completion

Presented To

For having successfully completed with honors the course of

December 25, 2013

Course Grade   104



Director of Rock of Ages Institute

Cleveland, Tennessee

Rock of Ages Prison Ministry

Certificate of Completion

Presented To

For having successfully completed with honors the course of

August 21, 2013

Course Grade   102



Director of Rock of Ages Institute

Cleveland, Tennessee

*Rock of Ages Prison Ministry*

# Discipleship Institute

*Certificate of Completion*

*Presented To*

*Thomas Sigler, III*

*For having successfully completed with honors the course of*

Deuteronomy

*March 13, 2017*

Course Grade   **103**



*Study to shew thyself approved unto God, a workman that needeth not to be ashamed, rightly dividing the word of truth. II Timothy 2:15*

Dr. Charles W. Long
*Director of Discipleship Institute*
*Cleveland, Tennessee*

---

# Certificate

This certifies that

*Thomas Herris Sigler*

has satisfactorily completed the Lamp and Light Bible course

## THE FIRST STEP

having earned a grade of

99%

*"Continue thou in the things which thou hast learned and hast been assured of" (2 Timothy 3:14)*



Paul Kaufman
Director

David L. Berthold
Teacher

April 28, 2017

Lamp and Light Publishers, Inc. 26 Road 5577, Farmington, NM 87401 USA